# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 30, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

127509(42)

JOHN MESHKIN and VICKI TEN HAKEN,
      Plaintiffs/Counter-
      Defendants/Appellants,

v

SC: 127509
COA: 249916
Allegan CC: 02-030886-CH

PAUL KOMINSKY, SR. and ESTHER
COFFINDAFFER,
      Defendants/Counter-
      Plaintiffs/Appellees.

_____/

      On order of the Court, the motion for reconsideration of this Court's order of September 15, 2005 is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 30, 2006

Clerk

d0123